# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0970−2 | User: admin | | Date Created: 1/23/2026 |
| Case: 2:26−bk−00636−DPC | Form ID: 309A | | Total: 61 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

```
db           DEBORAH RUNNELS WARD         10917 W. LOMA BLANCA         SUN CITY, AZ 85351
tr           DAVID A. BIRDSELL       David A. Birdsell, Bankruptcy Trustee      216 N Center St      Mesa, AZ 85201
aty          BENJAMIN LOREN DODGE         DODGE & VEGA, PLC        7227 E BASELINE ROAD         SUITE
             109      MESA, AZ 85209
smg          AZ DEPARTMENT OF REVENUE         BANKRUPTCY & LITIGATION         1600 W. MONROE, 7TH
             FL.      PHOENIX, AZ 85007−2650
18028868     Affirm        PO Box 201209        Dallas TX 75320
18028869     Affirm, Inc.        Attn: Bankruptcy       650 California St, Fl 12       San Francisco CA 94108
18028870     Arizona Dept of Revenue         Attention: Education & Compliance        PO Box 29070        Phoenix AZ
             85038−9070
18028871     Axiom Acquisition Ventures LLC        12425 Racetrack Road, Suite 100        Tampa FL 33626
18028874     Bank of America         AMEND: Bankruptcy Notice FL1−908−01−50         4909 Savarese Circle        Tampa FL
             33634
18028872     Bank of America         Attn: Bankruptcy        P.O.Box 15019         Wilmington DE 19886
18028873     Bank of America         PO Box 982238        El Paso TX 79998
18028877     Barclays Bank Delaware         Attention: Card Services         PO Box 8833         Wilmington DE
             19899−8833
18028875     Barclays Bank Delaware         Attn: Bankruptcy        Po Box 8801         Wilmington DE 19899
18028876     Barclays Bank Delaware         PO Box 8803         Wilmington DE 19899
18028878     Beyond Accredited, LLC         1401 Enclave Parkway, Suite 200         Houston TX 77077
18028879     Big Lots/Comenity Capital         PO Box 183003         Columbus OH 43218
18028880     Blaze/Asset Solutions LLC         2700 Cumberland Pkwy, #220         Atlanta GA 30339
18028881     Brinks Home Security         Dept. CH 8628         Palatine         Palatine IL 60055−8628
18028882     Capital One        Attn: Bankruptcy        Po Box 30285         Salt Lake City UT 84130
18028883     Capital One        PO Box 31293         Salt Lake City UT 84131
18028884     Chase Card Services         Attn: Bankruptcy        Po Box 15299         Wilmington DE 19850
18028885     Chase Card Services         PO Box 15369         Wilmington DE 19850
18028886     Citibank        PO Box 6497         Sioux Falls SD 57117
18028887     Citibank/The Home Depot         Citicorp Cr SrvsCentralized Bankruptcy        Po Box 790046         St Louis MO
             63179
18028888     Comenity/Big Lots         Attn: Bankruptcy        Po Box 182125         Columbus OH 43218
18028889     Comenity/Big Lots         PO Box 182120         Columbus OH 43218
18028890     Continental Finance Company         Attn: Bankruptcy        4550 New Linden Hill Rd         Wilmington DE
             19808
18028891     Credit Corp. Solutions, Inc.         121 W. Election Road, Suite 200         Draper UT 84020
18028893     Credit One Bank         PO Box 98872         Las Vegas NV 89193
18028892     Credit One Bank         PO Box 988873         Las Vegas NV 89193−8873
18028894     Discover        PO Box 30939         Salt Lake City UT 84130
18028895     Discover Financial        Attn: Bankruptcy        Po Box 30943         Salt Lake City UT 84130
18028896     Embark/celtic/vervent/         Transaction Services         PO Box 88943         Sioux Falls SD 57109
18028897     First Premier Bank         3820 N Louise Ave         Sioux Falls SD 57107
18028898     First Savings Bank/Blaze         Attn: Bankruptcy        Po Box 5096         Sioux Falls SD 57117
18028899     Full Circle Financial Services, LLC         PO Box 2365         Oldsmar FL 34677−2193
18028900     Global Financial Credit Union         PO Box 196613         Anchorage AK 99519
18028901     Goldman Sachs Bank         Lockbox 6112         Philadelphia PA 19170
18028902     Goldman Sachs Bank USA         Attn: Bankruptcy        Po Box 70379         Philadelphia PA 19176
18028903     Home Depot/Citibank         Attention: Bankruptcy − Legal Dept.         PO Box 9058         Gray TN 37615
18028905     Internal Revenue Service         Austin TX 73301−0030
18028904     Internal Revenue Service         Centralized Insolvency Operation         PO Box 7346         Philadelphia PA
             19101−7346
18028906     Internal Revenue Service         PO Box 1301         Charlotte NC 28201−1301
18028907     Mission Lane LLC         Mission Lane LLC, Attn: Bankruptcy        Po Box 105286         Atlanta GA 30348
18028908     OneGuard Home Warranty         20410 N. 19th Ave., Ste. 200         Phoenix AZ 85027
18028909     Prosper Card Services         PO Box 650078         Dallas TX 75265
18028910     Prosper Funding, Llc         Prosper Funding LLC, Attn: Bankruptcy De         221 Main Street, Ste 300         San
             Francisco CA 94105
18028911     Reflex        PO Box 6812         Carol Stream IL 60197−6812
18028912     Reflex Celtic Bank/Reflex Cont. FInance         Attention: Bankruptcy Dept.         PO Box 3220         Buffalo NY
             14240−3220
18028913     Rocket Mortgage         1050 Woodward Avee.         Detroit MI 48226
18028915     Syncb/Venmo        Attn: Bankruptcy        P.O. Box 965065         Orlando FL 32896
18028914     Syncb/hsn         PO Box 71740         Philadelphia PA 19176
18028916     Syncb/venmo         PO Box 71737         Philadelphia PA 19176
18028917     Synchrony Bank/HSN         Attention: Bankruptcy Dept.         PO Box 71783         Philadelphia PA
             19176−1783
18028918     Synchrony Bank/Lowe's        Bankruptcy Dept.         PO Box 71783         Philadelphia PA 19176−1783
18028919     Synchrony Bank/Lowes         Attn: Bankruptcy        Po Box 965060         Orlando FL 32896
18028920     Synchrony Bank/Lowes         PO Box 71727         Philadelphia PA 19176
```

| | | | | |
|---|---|---|---|---|
| 18028921 | Synchrony Bank/Venmo | Attention: Bankruptcy Dept. | PO Box 71783 | Philadelphia PA 19176–1783 |
| 18028922 | Synchrony/HSN | Attn: Bankruptcy | Po Box 965065 | Orlando FL 32896 |
| 18028923 | Upgrade Inc. | 2 North Central Ave., 10th Floor | Phoenix AZ 85004 | |
| 18028924 | Upgrade, Inc. | Attn: Bankruptcy | 275 Battery Street 23rd Floor | San Francisco CA 94111 |

TOTAL: 61