In re:                                               Case No. 26-00636-DPC
DEBORAH RUNNELS WARD                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 4
Date Rcvd: Jan 23, 2026     Form ID: 309A     Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol    Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DEBORAH RUNNELS WARD, 10917 W. LOMA BLANCA, SUN CITY, AZ 85351-1069 |
| 18028878 | + | Beyond Accredited, LLC, 1401 Enclave Parkway, Suite 200, Houston TX 77077-2053 |
| 18028880 | + | Blaze/Asset Solutions LLC, 2700 Cumberland Pkwy, #220, Atlanta GA 30339-4676 |
| 18028881 | | Brinks Home Security, Dept. CH 8628, Palatine, Palatine IL 60055-8628 |
| 18028892 | | Credit One Bank, PO Box 988873, Las Vegas NV 89193-8873 |
| 18028896 | + | Embark/celtic/vervent/, Transaction Services, PO Box 88943, Sioux Falls SD 57109-8943 |
| 18028912 | | Reflex Celtic Bank/Reflex Cont. FInance, Attention: Bankruptcy Dept., PO Box 3220, Buffalo NY 14240-3220 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kaci@dodgevegalaw.com | Jan 23 2026 23:16:35 | BENJAMIN LOREN DODGE, DODGE & VEGA, PLC, 7227 E BASELINE ROAD, SUITE 109, MESA, AZ 85209 |
| tr | + | EDI: BDABIRDSELL | Jan 24 2026 03:53:00 | DAVID A. BIRDSELL, David A. Birdsell, Bankruptcy Trustee, 216 N Center St, Mesa, AZ 85201-6629 |
| smg | | EDI: AZDEPREV.COM | Jan 24 2026 03:53:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 18028868 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 23 2026 23:16:19 | Affirm, PO Box 201209, Dallas TX 75320-1209 |
| 18028869 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 23 2026 23:16:19 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco CA 94108-2716 |
| 18028870 | | EDI: AZDEPREV.COM | Jan 24 2026 03:53:00 | Arizona Dept of Revenue, Attention: Education & Compliance, PO Box 29070, Phoenix AZ 85038-9070 |
| 18028871 | + | Email/Text: clientservices@fullcirclefs.com | Jan 23 2026 23:17:00 | Axiom Acquisition Ventures LLC, 12425 Racetrack Road, Suite 100, Tampa FL 33626-3102 |
| 18028872 | | EDI: BANKAMER | Jan 24 2026 03:53:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington DE 19886 |
| 18028873 | + | EDI: BANKAMER | Jan 24 2026 03:53:00 | Bank of America, PO Box 982238, El Paso TX 79998-2238 |
| 18028874 | + | EDI: BANKAMER | Jan 24 2026 03:53:00 | Bank of America, AMEND: Bankruptcy Notice FL1-908-01-50, 4909 Savarese Circle, Tampa FL 33634-2413 |
| 18028875 | + | EDI: TSYS2 | Jan 24 2026 03:53:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington DE 19899-8801 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 18028877 | | EDI: TSYS2 | Jan 24 2026 03:53:00 | Barclays Bank Delaware, Attention: Card Services, PO Box 8833, Wilmington DE 19899-8833 |
| 18028876 | + | EDI: TSYS2 | Jan 24 2026 03:53:00 | Barclays Bank Delaware, PO Box 8803, Wilmington DE 19899-8803 |
| 18028879 | + | EDI: WFNNB.COM | Jan 24 2026 03:53:00 | Big Lots/Comenity Capital, PO Box 183003, Columbus OH 43218-3003 |
| 18028903 | | EDI: CITICORP | Jan 24 2026 03:53:00 | Home Depot/Citibank, Attention: Bankruptcy - Legal Dept., PO Box 9058, Gray TN 37615 |
| 18028890 | | Email/Text: cfcbackoffice@contfinco.com | Jan 23 2026 23:17:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington DE 19808 |
| 18028911 | | Email/Text: cfcbackoffice@contfinco.com | Jan 23 2026 23:17:00 | Reflex, PO Box 6812, Carol Stream IL 60197-6812 |
| 18028891 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jan 23 2026 23:16:00 | Credit Corp. Solutions, Inc., 121 W. Election Road, Suite 200, Draper UT 84020 |
| 18028882 | + | EDI: CAPITALONE.COM | Jan 24 2026 03:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 18028883 | + | EDI: CAPITALONE.COM | Jan 24 2026 03:53:00 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 18028885 | + | EDI: JPMORGANCHASE | Jan 24 2026 03:53:00 | Chase Card Services, PO Box 15369, Wilmington DE 19850-5369 |
| 18028884 | + | EDI: JPMORGANCHASE | Jan 24 2026 03:53:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington DE 19850-5299 |
| 18028886 | + | EDI: CITICORP | Jan 24 2026 03:53:00 | Citibank, PO Box 6497, Sioux Falls SD 57117-6497 |
| 18028887 | + | EDI: CITICORP | Jan 24 2026 03:53:00 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis MO 63179-0046 |
| 18028888 | + | EDI: WFNNB.COM | Jan 24 2026 03:53:00 | Comenity/Big Lots, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 18028889 | + | EDI: WFNNB.COM | Jan 24 2026 03:53:00 | Comenity/Big Lots, PO Box 182120, Columbus OH 43218-2120 |
| 18028893 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2026 23:16:04 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 18028895 | | EDI: DISCOVER | Jan 24 2026 03:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City UT 84130 |
| 18028894 | + | EDI: DISCOVER | Jan 24 2026 03:53:00 | Discover, PO Box 30939, Salt Lake City UT 84130-0939 |
| 18028898 | | Email/Text: BNBLAZE@capitalsvcs.com | Jan 23 2026 23:16:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls SD 57117 |
| 18028897 | + | EDI: AMINFOFP.COM | Jan 24 2026 03:53:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls SD 57107-0145 |
| 18028899 | | Email/Text: clientservices@fullcirclefs.com | Jan 23 2026 23:17:00 | Full Circle Financial Services, LLC, PO Box 2365, Oldsmar FL 34677-2193 |
| 18028900 | + | Email/Text: SC_Enforcement_Bankr@globalcu.org | Jan 23 2026 23:16:00 | Global Financial Credit Union, PO Box 196613, Anchorage AK 99519-6613 |
| 18028901 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 23 2026 23:16:00 | Goldman Sachs Bank, Lockbox 6112, Philadelphia PA 19170-0001 |
| 18028902 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 23 2026 23:16:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia PA 19176-0379 |
| 18028905 | | EDI: IRS.COM | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Jan 24 2026 03:53:00 | Internal Revenue Service, Austin TX 73301-0030 |
| 18028907 | | Email/Text: ml-ebn@missionlane.com | Jan 23 2026 23:16:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta GA 30348 |
| 18028909 | | Email/Text: ProsperBK@prosper.com | Jan 23 2026 23:17:00 | Prosper Card Services, PO Box 650078, Dallas TX 75265 |
| 18028910 | | Email/Text: ProsperBK@prosper.com | Jan 23 2026 23:17:00 | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, 221 Main Street, Ste 300, San Francisco CA 94105 |
| 18028913 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jan 23 2026 23:17:00 | Rocket Mortgage, 1050 Woodward Avee., Detroit MI 48226-3573 |
| 18028915 | + | EDI: SYNC | Jan 24 2026 03:53:00 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965065, Orlando FL 32896-5065 |
| 18028914 | + | EDI: SYNC | Jan 24 2026 03:53:00 | Syncb/hsn, PO Box 71740, Philadelphia PA 19176-1740 |
| 18028916 | + | EDI: SYNC | Jan 24 2026 03:53:00 | Syncb/venmo, PO Box 71737, Philadelphia PA 19176-1737 |
| 18028917 | | EDI: SYNC | Jan 24 2026 03:53:00 | Synchrony Bank/HSN, Attention: Bankruptcy Dept., PO Box 71783, Philadelphia PA 19176-1783 |
| 18028918 | | EDI: SYNC | Jan 24 2026 03:53:00 | Synchrony Bank/Lowe's, Bankruptcy Dept., PO Box 71783, Philadelphia PA 19176-1783 |
| 18028919 | + | EDI: SYNC | Jan 24 2026 03:53:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 18028920 | + | EDI: SYNC | Jan 24 2026 03:53:00 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia PA 19176-1727 |
| 18028921 | | EDI: SYNC | Jan 24 2026 03:53:00 | Synchrony Bank/Venmo, Attention: Bankruptcy Dept., PO Box 71783, Philadelphia PA 19176-1783 |
| 18028922 | + | EDI: SYNC | Jan 24 2026 03:53:00 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965065, Orlando FL 32896-5065 |
| 18028923 | | Email/Text: bknotice@upgrade.com | Jan 23 2026 23:16:00 | Upgrade Inc., 2 North Central Ave., 10th Floor, Phoenix AZ 85004 |
| 18028924 | | Email/Text: bknotice@upgrade.com | Jan 23 2026 23:16:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco CA 94111 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 18028906 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 1301, Charlotte NC 28201-1301 |
| 18028904 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 18028908 | ##+ | OneGuard Home Warranty, 20410 N. 19th Ave., Ste. 200, Phoenix AZ 85027-3598 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BENJAMIN LOREN DODGE | on behalf of Debtor DEBORAH RUNNELS WARD kaci@dodgevegalaw.com  ecf@dodgevegalaw.com |
| DAVID A. BIRDSELL | ecf@azbktrustee.com  response@azbktrustee.com,AZ15@ecfcbis.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | DEBORAH RUNNELS WARD<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–9488<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | District of Arizona | Date case filed for chapter: | 7   1/22/26 |
| Case number: | 2:26–bk–00636–DPC | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | DEBORAH RUNNELS WARD | |
| 2. | **All other names used in the last 8 years** | aka DEBORAH GAIL WARD | |
| 3. | **Address** | 10917 W. LOMA BLANCA<br>SUN CITY, AZ 85351 | |
| 4. | **Debtor's attorney**<br>Name and address | BENJAMIN LOREN DODGE<br>DODGE & VEGA, PLC<br>7227 E BASELINE ROAD<br>SUITE 109<br>MESA, AZ 85209 | Contact phone 480–656–8333<br>Email: kaci@dodgevegalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | DAVID A. BIRDSELL<br>David A. Birdsell, Bankruptcy Trustee<br>216 N Center St<br>Mesa, AZ 85201 | Contact phone 480–644–1080<br>Email: ecf@azbktrustee.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| 6. | Bankruptcy clerk's office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727 | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 1/23/26 |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | | |
| 7. | **Meeting of creditors** | **February 23, 2026 at 01:30 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 719 746 0394, and Passcode 9510604032, OR call 1–602–960–2353** |
| | | **For additional meeting information go to https://www.justice.gov/ust/moc** | |
| 8. | **Presumption of abuse** | The presumption of abuse arises. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 4/24/26** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(6)(A): **70 Days from Case Filed Date.** | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                   page **2**

Case 2:26-bk-00636-DPC    Doc 6    Filed 01/23/26    Entered 01/25/26 22:36:34    Desc
Imaged Certificate of Notice    Page 6 of 6